# United States Bankruptcy Court

Eastern District of Louisiana

| | |
|---|---|
| ROSIE MAE NARCISSE<br>823 KATHY ST<br>GRETNA LA 70056 | **11-11266**<br>Chapter 13<br>Section B |

## TRUSTEE'S MEMO TO RECORD

At the §341 Meeting of Creditors in this case, S.J. Beaulieu, Jr., Chapter 13 Trustee, presiding, the following determinations were made:

Debtor 1  [ ]ID provided  [ ]SSN verified  [ ]other_____ [ ]not present

Debtor 2  [ ]ID provided  [ ]SSN verified  [ ]other_____ [ ]not present

Form 2016  [ ]provided  [ ]not provided  [ ]non-atty assistance_____

Attorney [✓]present  [ ]not present  SHARRY I SANDLER

[ ]Meeting held  [ ]Meeting not held because_____

[✓]Meeting continued to ___6-13-11___ at ___10:30 AM___.

[ ]Motion to Dismiss, reason:_____

[ ]Plan is confirmable; 6.00% to unsecured creditors, 60 months

[ ]Trustee objects to confirmation   [ ]case converted to Chapter_____

[ ]case dismissed

THE TRUSTEE REQUIRES THE FOLLOWING BEFORE RECOMMENDING CONFIRMATION:

[ ]Proof of income_____    [ ]Asset valuation_____

[ ]Tax return_____    [ ]Info on succession interest_____

[ ]Info on exemptions_____    [ ]Info on expenses:
_____                [ ]charitable contributions
                                                [ ]medical expenses
                                                [ ]other

[ ]Other_____

New Orleans, May 25, 2011.

/s/S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.

-7-