# United States Bankruptcy Court
Eastern District of Louisiana

| | |
|---|---|
| ROSIE MAE NARCISSE<br>823 KATHY ST<br>GRETNA LA  70056 | **11-11266**<br>Chapter 13<br>Section B |

## TRUSTEE'S MOTION TO DISMISS CASE and NOTICE OF HEARING

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who prays that this case be dismissed for the following reason or reasons:

FAILURE TO ANSWER THE TRUSTEE'S PRE-341 MEETING OF CREDITORS' DEFICIENCY.

NOTICE IS HEREBY GIVEN that any party opposing this motion must file an objection or response with the office of the Clerk of Court, with service to the Chapter 13 Trustee, by 12:00 p.m. no later than seven days before the scheduled hearing.  If an objection is timely filed and served, a hearing on the motion shall be held on:

July 06, 2011 at 9:00 a.m.

at the United States Bankruptcy Court, 500 Poydras Street, Room B-705, New Orleans, Louisiana.

Attorney for debtor:

SHARRY I SANDLER
700 CAMP ST
NEW ORLEANS LA  70130

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

---

CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail, prepaid, upon the debtor.

06/15/2011    by: