# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: ROSIE MAE NARCISSE            CASE NO. 11-11266; SEC B
                                                                 CHAPTER 13

## **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

NOW INTO COURT, through undersigned counsel, comes PHH MORTGAGE CORPORATION ("Creditor"), a secured creditor in the above entitled and numbered case, who respectfully represents as follows:

1.

Creditor is a secured creditor in the above entitled case by virtue of its holding a note secured by a mortgage affecting certain property located in Gretna, Louisiana. The note and mortgage is payable in monthly installments, and the property affected by the mortgage is the home of Debtor.

2.

At the time of filing this case on April 19, 2011, Debtor owed Creditor an estimated $9,815.05. Creditor is in the process of filing the proof of claim.

3.

The plan of the Debtor proposes to pay Creditor, only $9,000.00 of arrearages owed to Creditor. The plan should provide for payment of all arrearages owed to Creditor at the time the order for relief was entered.

4.

For the foregoing reason, Creditor objects to the confirmation of the plan proposed by the Debtor.

WHEREFORE, CREDITOR PRAYS that confirmation of the Chapter 13 plan proposed by the Debtor herein be denied by the Court.

                                                DEAN MORRIS, L.L.P.
                                                1820 Avenue of America
                                                P. O. Box 15270
                                                Monroe, LA  71207-5270
                                                (318) 388-1440

                                                /S/ John C. Morris, IV
                                                ATTORNEY FOR CREDITOR

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: ROSIE MAE NARCISSE           CASE NO. 11-11266; SEC B
                                                        CHAPTER 13

## CERTIFICATE OF SERVICE

I, John C. Morris, IV, hereby certify that I have notified the following interested parties of the Objection to Confirmation of the Chapter 13 Plan filed by PHH MORTGAGE CORPORATION, as reflected on the foregoing notice, to-wit:

| | |
|---|---|
| Rosie Mae Narcisse<br>823 Kathy Street<br>Gretna, LA 70056 | S. J. Beaulieu, Jr., Trustee<br>433 Metairie Road, Suite 307<br>Metairie, LA 70005 |
| Sharry I Sandler<br>Attorney at Law<br>700 Camp Street<br>New Orleans, LA 70130 | Office of the U.S. Trustee<br>400 Poydras Street<br>Suite 2110, Texaco Center<br>New Orleans, LA 70130 |

by mailing this notice and a copy of the Objection to Confirmation of Chapter 13 Plan filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 16th day of June 2011.

                                                         DEAN MORRIS, L.L.P.
                                                         1820 Avenue of America
                                                         P. O. Box 15270
                                                         Monroe, LA 71207-5270
                                                         (318) 388-1440

                                                         /S/ John C. Morris, IV
                                                         ATTORNEY FOR CREDITOR